IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| HERBERT WHITE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CASHCALL, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:16-cv-311-JAG |

## AGREED ORDER

CAME NOW Plaintiffs and Defendant upon their Motion for Entry of Agreed Order. UPON CONSIDERATION WHEREOF, for good cause shown and upon agreement of counsel for the parties, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendant shall have until July 8, 2016, to file its responsive pleading(s) to the Complaint.

Entered this 30th day of June, 2016.

/s/ 
~~John A. Gibney, Jr.~~
~~United States District Judge~~
John A. Gibney, Jr.
United States District Judge

SEEN AND AGREED BY:

| PLAINTIFFS | DEFENDANT |
|---|---|
|   |   |

  */s/ Kristi C. Kelly*                              */s/ Gregory Luce*

Kristi Cahoon Kelly, VSB#72791 — Gregory M. Luce
Andrew J. Guzzo, VSB #82170 — Virginia Bar Number 16907
KELLY & CRANDALL, PLC — Attorney for CashCall, Inc.
4084 University Drive, Suite 202A — Skadden, Arps, Slate, Meagher & Flom LLP
Fairfax, VA 22030 — 1440 New York Avenue, N.W.
Telephone: 703-424-7572 — Washington, D.C. 20005-2111
Fax: 703-591-0167 — Telephone: (202) 371-7310
Email: kkelly@kellyandcrandall.com — Fax: (202) 661-2310
Email: aguzzo@kellyandcrandall.com — Email: greg.luce@skadden.com
*Counsel for Plaintiff* — *Counsel for Defendant*